**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Donald WARDRICK, Defendant-Appellant.**

No. 17-7299

United States Court of Appeals, Fourth Circuit.

Submitted: February 15, 2018

Decided: February 20, 2018

Donald Wardrick, Appellant Pro Se. David Ira Salem, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Greenbelt, Maryland, for Appellee.

Before WILKINSON, FLOYD, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Wardrick appeals the district court's order denying his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Wardrick*, No. 1:95-cr-00294-PJM-1 (D. Md. Sept. 14, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*